# United States District Court
# Central District of California
# Western Division

ROBERT LEE JOHNSON,

          Plaintiff,

    v.

COUNTY OF LOS ANGELES, *et al.*,

          Defendants.

CV 15-02138 TJH (KESx)

## Judgment
## JS-6

Having granted Defendants' summary judgment motion,

It is Ordered, Adjudged, and Decreed that Judgment be, and hereby is, Entered in favor of Defendants Ryan Bishop, Eddie Carter, Robert Heins, Jason Hill, and Deanna Ortiz and against Plaintiff Robert Lee Johnson.

It is further Ordered that Plaintiff shall take nothing.

Date: November 8, 2017

_____

Terry J. Hatter, Jr.

Senior United States District Judge